**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Railroad Salvage & Restoration, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MISSOURI** |
| Case number (if known): | **16-30292** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Union Pacific Freight** PO Box 502453 **Saint Louis, MO 63150-2453** | | | | | | $398,843.51 |
| **First Insurance Funding Corporation** PO Box 7000 **Carol Stream, IL 60197-7000** | | | | | | $66,611.30 |
| **Slover & Loftus LLP** 1224 17th Street NW **Washington, DC 20036** | | | | | | $35,127.74 |
| **First Insurance Funding Corporation** PO Box 7000 **Carol Stream, IL 60197-7000** | | | | | | $32,419.80 |
| **Missouri Employers Mutual** PO Box 1464 **Columbia, MO 65202-1464** | | | | | | $28,856.00 |
| **Missouri Department of Revenue Taxation Division** PO Box 1646 **Jefferson City, MO 65105-1646** | | Sales/Use Tax, interest, fees, and penalties. | Disputed | | | $18,937.91 |
| **CNA Insurance** PO Box 790094 **Saint Louis, MO 63179-0094** | | | | | | $14,421.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                      Best Case Bankruptcy

| Debtor | **Railroad Salvage & Restoration, Inc.** | Case number *(if known)* | **16-30292** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Construction, Inc. 329 N. Main Joplin, MO 64801 | | | | | | $14,209.54 |
| Anthem Blue Cross/Blue Shield PO Box 6406 Carol Stream, IL 60197-6406 | | | | | | $8,399.06 |
| La Joya Trucking 8834 US-281 Brownsville, TX 78520 | | | | | | $4,572.00 |
| Pacific Life Insurance Company Life Insurance Division PO Box 100418 Pasadena, CA 91189-0003 | | Life Insurance on Ryan Jackson | | | | $4,250.00 |
| South Central Hydraulics 3565 Anson Road Wellington, KS 67152 | | | | | | $3,843.22 |
| Prosport Express, Inc. 1901 Pratt Blvd. Elk Grove Village, IL 60007 | | | | | | $3,700.00 |
| Adobe Express LLC 337 Osino Unit 8 Elko, NV 89801 | | | | | | $2,724.00 |
| Compass Funding Solutions 450 W. 55th Street Suite 200 Countryside, IL 60525 | | | | | | $2,469.00 |
| C & R Transport/Richard A. Stephens PO Box 102970 Atlanta, GA 30368-2970 | | | | | | $2,353.00 |
| AX Express, Inc. 5109 N. East River Road Unit 3F Chicago, IL 60656 | | | | | | $2,300.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Railroad Salvage & Restoration, Inc.** | Case number *(if known)* | **16-30292** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Arman's Trucking PO Box 98504 Las Vegas, NV 89193-8504** | | | | | | **$2,250.00** |
| **Pro Service Logistics 1107 N. Main Carrollton, MO 64633** | | | | | | **$1,932.00** |
| **Farm 2 Fleet Trucking 25 Cherokee Blvd., C-1 Chattanooga, TN 37405** | | | | | | **$1,800.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy